```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 8/3/06*

| | |
|---|---|
| XIAOHUI GUAN, ) | |
|       Plaintiff, ) | No. C 06-3600 RMW |
|    v. ) | |
| Department of Homeland Security, MICHAEL ) | **STIPULATION TO DISMISS AND** |
| CHERTOFF, Secretary; U.S. Attorney General, ) | **ORDER** |
| ALBERTO R. GONZALES; United States ) | |
| Citizenship and Immigration Services, ) | |
| EMILIO T. GONZALEZ, Director; ) | |
| United States Citizenship and Immigration ) | |
| Services, ALFONSO AGUILAR, Chief; ) | |
| United States Citizenship and Immigration ) | |
| Services, DAVID N. STILL, District Director, ) | |
|       Defendants. ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C 06-3600 RMW

| | | |
|---|---|---|
| 1 | Date: July 26, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| | | United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 26, 2006             /s/
GERI N. KAHN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/3/06             /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Stipulation to Dismiss
C 06-3600 RMW